-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FILED

2008 JAN 15

U.S.

PATRICK J. MORRISON, 07-B-1911,

        Plaintiff,

    -v-

Correctional Officer E. J. HARTMAN,
Correctional Officer KOZLOWSKI and
Correctional Officer KINGSLEY,

        Defendants.

**DECISION and ORDER**
07-CV-6633Fe

    Plaintiff, who is incarcerated in the Fishkill Correctional Facility, has requested permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a) and has both met the statutory requirements and furnished the Court with a signed Authorization. Accordingly, plaintiff's request to proceed as a poor person is hereby granted. In addition, plaintiff's complaint has been screened by the Court with respect to the 28 U.S.C. §§ 1915(e) and 1915A criteria.

    The Clerk of the Court is directed to file plaintiff's papers, and to cause the United States Marshal to serve copies of the Summons, Complaint, and this Order upon the named defendants without plaintiff's payment therefor, unpaid fees to be recoverable if this action terminates by monetary award in plaintiff's favor.

    Pursuant to 42 U.S.C. § 1997e(g)(2), the defendants are directed to answer the complaint.

    SO ORDERED.

Dated:    01 / 14 , 2008
        Buffalo, New York

                WILLIAM M. SKRETNY
                United States District Judge