UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

PATRICK J. MORRISON,

                Plaintiff,

                                          <u>ORDER</u>

                                          07-CV-6633L

        v.

CORRECTIONAL OFFICER E. J. HARTMAN,
et al.,

                Defendants.
_____

      Plaintiff's motion for an extension of time to respond to defendants' motion for summary judgment (Dkt. #51) is granted. Plaintiff shall submit his response to defendants' motion for summary judgment no later than September 24, 2009.

      IT IS SO ORDERED.

                                              _____
                                                 DAVID G. LARIMER
                                             United States District Judge

Dated: Rochester, New York
       August 27, 2009.